MN, ND - 305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less Than $5**
**For Deposit to Registry Fund**

Debtor:         DAVID AND JANET LYLES

Chapter 7 Case No.    08-43342

Please Check One:

____ Unclaimed Dividends

XXX    Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| See attached Claims Distribution Small Checks | | | 22.88 |

DATED: April 20, 2011

John R. Stoebner, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN  55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

08-229

RECEIVED 11 APR 21 AM 9:27 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

# Claims Distribution Small Checks

**Trustee: John R. Stoebner (430050)**

**Case:** 08-43342 - LYLES, DAVID JOSEPH

| Account No. | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9005188669966 | | | | | | | |

| Check No. | Issued | Payee: U.S. Bankruptcy Court Registry Funds | | | | | |
|---|---|---|---|---|---|---|---|
| 115 | 04/20/11 | | | | | Check Amount: | $22.88 |

| Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|
| 3 | 04/13/10 | 610 | ECAST SETTLEMENT CORPORATION<br>ASSIGNEE OF HSBC BA<br>NEVADA AND ITS ASSIGNS<br>POB 35480<br>NEWARK, NJ 07193-5480 | 807.95 | 807.95 | 2.78 | 2.78 |
| 4 | 04/12/10 | 610 | XCEL ENERGY<br>3215 COMMERCE ST<br>LA CROSSE, WI 54603 | 775.99 | 775.99 | 2.67 | 2.67 |
| 7 | 04/16/10 | 610 | CONEXUS ENERGY<br>14601 RAMSEY BLVD NW<br>RAMSEY, MN 55303 | 542.00 | 542.00 | 1.87 | 1.87 |
| 9 | 05/09/10 | 610 | RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>FOR GE MONEY BANK,DBA JCPENNEY CREDIT SERVICES,25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131 | 958.86 | 958.86 | 3.30 | 3.30 |
| 12 | 05/07/10 | 610 | CHASE BANK USA NA<br>CREDITORS BKY SERVICE<br>PO BOX 740933<br>DALLAS, TX 75374 | 553.08 | 553.08 | 1.90 | 1.90 |
| 16 | 06/10/10 | 610 | ROUNDUP FUNDING, LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA 98111-9221 | 425.25 | 425.25 | 1.46 | 1.46 |
| 17 | 06/10/10 | 610 | ROUNDUP FUNDING, LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA 98111-9221 | 835.14 | 835.14 | 2.87 | 2.87 |

(*) Denotes objection to Amount Filed

# Claims Distribution Small Checks

Trustee: John R. Stoebner (430050)

Case: 08-43342 - LYLES, DAVID JOSEPH

| Account No. | Check No. Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | 18 | 06/18/10 | 610 | METABANK-FINGERHUT<br>6250 RIDGEWOOD RD<br>ST. CLOUD, MN 56303 | 915.92 | 915.92 | 3.15 | 3.15 |
| | | 19 | 06/18/10 | 610 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702 | 835.54 | 835.54 | 2.88 | 2.88 |

(*) Denotes objection to Amount Filed